# Court of Appeals
# of the State of Georgia

ATLANTA,  February 12, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1144. DANIELLE GASKINS v. THE STATE.**

Danielle Gaskins is charged with driving under the influence, and the State filed a motion requesting to introduce evidence of prior bad acts. The trial court granted the motion, and Gaskins filed this appeal. We, however, lack jurisdiction.

The order that Gaskins seeks to appeal is not final, as the criminal case against her remains pending below. In order to appeal the ruling, Gaskins was thus required to follow the interlocutory appeal procedures of OCGA § 5-6-34 (b).[1] See *Duke v. State*, 306 Ga. 171, 186 (4) (829 SE2d 348) (2019) [as a general rule, "a litigant must obtain a certificate of immediate review from the trial court before pursuing an interlocutory appeal from an order not subject to immediate appeal under OCGA § 5-6-34 (a)"]; *Genter v. State*, 218 Ga. App. 311 (460 SE2d 879) (1995).

---

[1] The record indicates that Gaskins obtained a certificate of immediate review, but she apparently did not file an application for interlocutory appeal in this Court as required by OCGA § 5-6-34 (b).

Gaskins's failure to follow the proper appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  02/12/2020*
    *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

    *Stephen E. Castlen*    *, Clerk.*